1
2
3
4
5
6
7

8                     **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JARED ANDREW MARTIN,                 Case No. 2:21-cv-04302-MWF-MAA

12                    Petitioner,        **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

13          v.

14  CHRISTIAN PFEIFFER,

15                    Respondent.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other
18  records on file herein, and the Report and Recommendation of the United States
19  Magistrate Judge.
20        The Court also has reviewed Petitioner's objections to the Report and
21  Recommendation, which the Court received and filed on October 4, 2021
22  ("Objections").  (Objs., ECF No. 13.)  As required by Federal Rule of Civil
23  Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the
24  Report and Recommendation to which Petitioner specifically has objected.  The
25  Objections lack merit for the reasons stated in the Report and Recommendation.
26  The Court finds no defect of law, fact, or logic in the Report and Recommendation.
27  The Court concurs with and accepts the findings, conclusions, and
28

1  recommendations of the United States Magistrate Judge, and overrules the
2  Objections.
3      IT THEREFORE IS ORDERED that (1) the Report and Recommendation of
4  the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the
5  Petition and dismissing this action without prejudice.
6
7  DATED: November 29, 2021
8  _____
9  MICHAEL W. FITZGERALD
   UNITED STATES DISTRICT JUDGE